**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael W Schmidt |
| Debtor 2 (Spouse, if filing) | Sheri L Schmidt |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1:17-bk-11764 |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US BANK TRUST N.A., AS TRUSTEE OF THE SCIG SERIES III TRUST

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 7 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/01/2021

**New total payment:** $ 1,502.42
Principal, interest, and escrow, if any

---

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 9.230 %     New interest rate: 9.230 %
   Current principal and interest payment: $ 1,230.44   New principal and interest payment: $ 1,230.43

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1 __Michael W Schmidt__
    First Name  Middle Name  Last Name

Case number *(if known)* __1:17-bk-11764__

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ __/s/ Molly Slutsky Simons__
Signature

Date __08/06/2021__

Print: __Molly Slutsky Simons__
  First Name  Middle Name  Last Name

Title __Attorney for Creditor__

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__
  Number  Street

__Loveland__  __OH__  __45140__
City  State  ZIP Code

Contact phone __513-444-4100__

Email __bankruptcy@sottileandbarile.com__



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

July 10, 2021

MICHAEL W SCHMIDT
SHERI SCHMIDT
113 ETTA AVE
HARRISON OH 45030

Loan Number:
Property Address: *113 ETTA AVE*
*HARRISON OH 45030*

Dear  MICHAEL W SCHMIDT:
SHERI SCHMIDT:

**Changes to Your Mortgage Interest Rate and Payments on 08/01/21**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 006 month(s) period during which your interest rate stayed the same. That period ends on *08/01/21,* so on that date your interest rate and mortgage payment change.  After that, your interest rate may change every *6* month(s) for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 9.23000% | 9.23000% |
| Principal | $     286.95 | $     309.79 |
| Interest | $     943.49 | $     920.64 |
| Escrow (Taxes and Insurance) | $     271.99 | $     271.99 |
| **Total Monthly Payment** | $   1,502.43 | $   1,502.42 due September 1, 2021 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin."  Under your loan agreement, your index

Licensed as Servis One, Inc. dba BSI Financial Services.
 BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

rate is 0.15950% and your margin is 6.58000%.  The 6 MO LIBOR- 1ST BUS DAY is published Monthly in WALL STREET JOURNAL.

**Rate Limit(s):** Your rate cannot go higher than 15.23000%  over the life of the loan.  Your rate can change each 006 months by no more than 1.00000%. We did not include an additional 0.00000% interest rate increase to your new rate because a rate limit applied. This additional increase may be applied to your interest rate when it adjusts again on 00/00/00.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 6 MO LIBOR- 1ST BUS DAY, your margin, 6.58000% your loan balance of $ 119693.28, and your remaining loan term of 180 months.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**
- Contact the Customer Care Department at 1-1800-327-7861 as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - Refinance your loan.
    - Sell your home and use the proceeds to pay off your current loan.
    - Modify your loan terms with investor.
    - Payment forbearance temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or program in your area, call the U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287  or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or the U. S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov . If you would like to contact information for state housing finance agency, contact U.S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please reach out to JESSE MCCARTHY, you Single Point of Contact for this loan, at 1-888-738-5873.

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA  16354
NMLS # 38078; # 1195811

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation

Licensed as Servis One, Inc. dba BSI Financial Services.
 BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



**BSI Financial Services**
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

GR-2003-07242017_CA08082014

**Licensed as Servis One, Inc. dba BSI Financial Services**.
 BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:17-bk-11764 |
| Michael W Schmidt<br>Sheri L Schmidt | Chapter 13 |
| Debtors | Judge Jeffery P. Hopkins |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on August 6, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on August 6, 2021 addressed to:

Michael W Schmidt, Debtor
Sheri L Schmidt, Debtor
113 Etta Ave
Harrison, OH 45030

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor